```
              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF KENTUCKY
              SOUTHERN DIVISION at PIKEVILLE
```

GARY D. WARICK,                    )
                                   )
    Plaintiff,                     )   Civil No. 7:21-80-JMH
                                   )
v.                                 )
                                   )
PRESTONSBURG CITY                  )   **JUDGMENT**
POLICE, ET AL.,                    )
                                   )
    Defendants.                    )

                   *** *** ***  ***

Consistent with the Memorandum Opinion and Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is **ORDERED** and **ADJUDGED** as follows:

1. Gary D. Warick's present complaint (DE 1) is **DISMISSED** because he is not proceeding against viable defendants.

2. This specific action is **STRICKEN** from the Court's docket.

3. This is a **FINAL** and **APPEALABLE** Judgment, and there is no just cause for delay.

This the 26th day of October, 2021.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge